UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONOSUITE SL, a Spanish limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RHAPSODY INTERNATIONAL INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. 2:24-cv-00844-JNW<br><br>ORDER |

Hollystone Law's unopposed motion to withdraw as counsel comes before the Court. Dkt. No. 19. The Court GRANTS the motion. Dkt. No. 19.

Hollystone represents Rhapsody International Inc. ("Rhapsody"), and its withdrawal will leave Rhapsody without representation. Rhapsody cannot represent itself because corporations may only appear in federal courts through licensed counsel. *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *see also Sundby v. Marquee Funding Grp., Inc.*, No. 21-55504, 2022 WL 4826445, at *1 (9th Cir. Oct. 3, 2022) ("the rule that artificial entities must have licensed counsel protects the integrity and functioning of the federal courts").

**ORDER** - 1

Accordingly, substitute counsel for Defendant Rhapsody must appear within 30 days from the date of this order. Failure to obtain substitute counsel may result in the entry of default judgment. *See* Fed. R. Civ. P. 55(a) (default may be entered when party "fail[s] to plead or otherwise defend").

Dated this 19th day of September, 2025.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2